LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON PAYMENTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC. et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV-09-01198 SVW (SSx)<br><br>**DISCOVERY MATTER**<br><br>**AMAZON'S NOTICE OF MOTION AND MOTION TO COMPEL ADEQUATE INFRINGEMENT CONTENTIONS CLAIMS CHARTS FROM PLAINTIFF IN RESPONSE TO AMAZON'S INTERROGATORY NO. 2**<br><br>Date: June 22, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 23<br>Judge: Hon. Suzanne H. Segal<br><br>Filing Date: May 26, 2010<br>Discovery Cutoff Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 22, 2010, at 10:00 a.m. in Courtroom 23 of this Court, located at 312 North Spring Street, Los Angeles, California 90012, or as soon thereafter as the matter may be heard before the Hon. Suzanne H. Segal, Defendants Amazon.com, Inc. and Amazon Payments, Inc. ("Amazon") will and hereby do move to compel Plaintiff Big Baboon, Inc. ("Big Baboon") to immediately provide, in response to Amazon's Interrogatory No. 2, infringement contentions claims charts that explain where each element of each asserted claim is allegedly found in the accused Amazon systems: Fulfillment by Amazon, Selling on Amazon, and Checkout by Amazon. These infringement contentions claims charts should not be based on "information and belief," but rather all allegations should be substantiated with specific citations to code and/or other technical documents showing the particular factual bases for Plaintiff's contentions and an explication of how Plaintiff contends the cited material demonstrates the alleged infringement.

This motion is made on the ground that Plaintiff's inadequate response to Amazon's Interrogatory No. 2 violates the case law and F.R.C.P. 33 because it fails to provide all the information sought by the interrogatory, and also fails to substantiate the information that has been provided.

This motion is based on this Notice of Motion and Motion, the attached Joint Stipulation pursuant to Local Rule 37-2.1, the declarations and exhibits thereto, the pleadings and papers on file herein, and such oral argument as may be presented at a hearing on this motion. This motion is made following the conference of counsel

///
///
///
///
///

1

1 | pursuant to Local Rule 37-1, which took place on May 4, 2010.

3 | Dated:  May 26, 2010                              FENWICK & WEST LLP

By: /s/ Mashhood Rassam
Mashhood Rassam

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON PAYMENTS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO