LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON PAYMENTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELL, INC. et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV-09-01198 SVW (SSx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO COMPEL ADEQUATE INFRINGEMENT CONTENTIONS CLAIMS CHARTS FROM PLAINTIFF IN REPONSE TO AMAZON'S INTERROGATORY NO. 2**<br><br>Date: June 22, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 23<br>Judge: Hon. Suzanne H. Segal<br><br>Filing Date: May 26, 2010<br>Discovery Cutoff Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  The motion of Defendants Amazon.com, Inc. and Amazon Payments, Inc.
2  ("Amazon") to compel Plaintiff Big Baboon, Inc. ("Big Baboon") to fully respond
3  to Amazon's Interrogatory No. 2 came on hearing before the Court on June 22,
4  2010 at 10:00 a.m., the Honorable Suzanne H. Segal presiding.
5  After consideration of the Joint Stipulation, the supplemental briefs, and
6  declarations submitted in support of and in opposition to the Motion, arguments of
7  counsel, and all other matters presented to the Court, and good cause appearing
8  therefor,
9  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
10  1.  Defendant Amazon's Motion is GRANTED.
11  2.  Within fifteen (15) days of the date of this Order Plaintiff Big Baboon
12  shall serve on Defendant Amazon a full response to Amazon's Interrogatory No. 2
13  consisting of infringement contentions claims charts that explain where each
14  element of each asserted claim of the patents-in-suit is allegedly found in the
15  following accused Amazon systems: Fulfillment by Amazon, Selling on Amazon,
16  and Checkout by Amazon. These infringement contentions claims charts should
17  not be based on "information and belief," but rather all allegations should be
18  substantiated with specific citations to code and/or other technical documents
19  showing the particular factual bases for Plaintiff's contentions and an explication of
20  how Plaintiff contends the cited material demonstrates the alleged infringement.

22  IT IS SO ORDERED,

24  Dated: _____, 2010

The Honorable Suzanne H. Segal
United States Magistrate Judge

1