1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DELL INC., a Delaware corporation, et al.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 09-01198 SVW (SSx)<br><br>**[PROPOSED] ORDER DENYING AMAZON'S MOTION TO COMPEL ADEQUATE INFRINGEMENT CONTENTIONS CLAIMS CHARTS FROM PLAINTIFF IN RESPONSE TO AMAZON'S INTERROGATORY NO. 2**<br><br>Date: June 22, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 23<br>Judge: Hon. Suzanne H. Segal<br><br>Filing Date: February 19, 2009<br>Discovery Cutoff Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

1 The Motion to Compel of Defendants Amazon.com, Inc. and Amazon Payments, Inc. ("Amazon") came on regularly for hearing on June 22, 2010, the Honorable Magistrate Suzanne H. Segal presiding.

4 After considering the papers submitted by the parties, the evidence contained therein, having heard the oral argument of counsel thereon, and for good cause shown herein, the Court orders as follows: Defendant Amazon's Motion is DENIED.

**IT IS SO ORDERED.**

DATED: June ___, 2010

---
Suzanne H. Segal
United States Magistrate Judge