LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON
PAYMENTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC. et al.,<br><br>Defendants. | Case No. CV-09-01198 SVW (SSx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MASHHOOD RASSAM IN SUPPORT OF DEFENDANT AMAZON'S MOTION TO COMPEL ADEQUATE INFRINGEMENT CONTENTIONS CLAIMS CHARTS FROM PLAINTIFF IN RESPONSE TO AMAZON'S INTERROGATORY NO. 2** |
| AND RELATED COUNTERCLAIMS. | Date: June 22, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 23<br>Judge: Hon. Suzanne H. Segal<br><br>Filing Date: May 26, 2010<br>Discovery Cutoff Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, Mashhood Rassam, declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Fenwick & West, LLP, attorneys for Defendants Amazon.com, Inc. and Amazon Payments, Inc. ("Amazon"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Since the source code for Fulfillment by Amazon, Checkout by Amazon, and Selling on Amazon was made available to Big Baboon, Inc. ("Big Baboon") on February 22, 2010, Big Baboon has come to the offices of Fenwick & West, LLP to inspect that source code on two occasions: April 19, 2010 and May 3, 2010.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the May 4, 2010 meeting and conference between counsel for Amazon and counsel for Big Baboon

4. Attached hereto as Exhibit 2 is a true and correct copy of a February 17, 2010 letter from Jordan Kaericher to Mashhood Rassam.

5. Attached hereto as Exhibit 3 is a true and correct copy of a September 25, 2009 letter from Mashhood Rassam to Danielle L. Gilmore.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter dated January 29, 2010 from Ryan J. Marton to Jordan B. Kaericher.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated March 28, 2010 from Ryan J. Marton to Jordan B. Kaericher.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated August 3, 2009 from Bruce Zisser to Darren Donnelly.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the March 16, 2010 hearing before the Honorable Suzanne H. Segal, United States Magistrate Judge.

///

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated February 22, 2010 from Sandra Powers to Jordan Kaericher.

11. Attached hereto as Exhibit 9 is a true and correct copy of a letter dated April 16, 2010 from Mashhood Rassam to Jordan Kaericher.

12. Attached hereto as Exhibit 10 is a true and correct copy of a letter dated April 26, 2010 from Jordan Kaericher to Mashhood Rassam.

13. Attached hereto as Exhibit 11 is a true and correct copy of Big Baboon's initial responses to Amazon's first set of Interrogatories, dated August 25, 2009, and verified September 16, 2009.

14. Attached hereto as Exhibit 12 is a true and correct copy of Big Baboon's first supplement responses to Amazon's Interrogatories Nos. 1 and 2, dated November 30, 2009.

15. Attached hereto as Exhibit 13 is a true and correct copy of Big Baboon's third supplemental responses to Amazon's Interrogatories Nos. 1-3, dated February 3, 2010. Although the title of this document indicates that it represents Big Baboon's third supplemental responses, there were no other supplemental responses preceding this document other than plaintiff's first supplemental responses.

16. Attached hereto as Exhibit 14 is a true and correct copy of an article entitled "Dynamo: Amazon's Highly Available Key-value Store" by Giuseppe DeCandia, et al., produced by Big Baboon at BBC0010497-BBC0010512.

17. Attached hereto as Exhibit 15 is a true and correct copy of a letter dated April 1, 2010 from Jordan Kaericher to Ryan Marton.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Stipulated Protective Order, filed in the instant matter at Docket No. 196 on December 14, 2009.

///

///

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed on May 26, 2010, at Mountain View, California.

                          /s/ Mashhood Rassam
                          Mashhood Rassam

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO