# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1198 SVW (SSx) | Date | July 2, 2010 |
|---|---|---|---|
| Title | Big Baboon, Inc. v. Dell Inc., et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION BY U.S. PATENT OFFICE [284]

   Defendants' Ex Parte Application is GRANTED in part. Defendants' Opposition to Plaintiff's Motion to Stay Proceedings shall be filed no later than Friday, July 9, 2010. Plaintiff's Reply shall be filed no later than Tuesday, July 20, 2010. The hearing date remains July 26, 2010.

|  | : |
|---|---|
| Initials of Preparer | PMC |