QUINN EMANUEL URQUHART & SULLIVAN, LLP
Frederick A. Lorig (Bar No. 057645)
*fredericklorig@quinnemanuel.com*
Christopher A. Mathews (Bar No. 144021)
*chrismathews@quinnemanuel.com*
Danielle L. Gilmore (Bar No. 171457)
*daniellegilmore@quinnemanuel.com*
Bruce R. Zisser (Bar No. 180607)
*brucezisser@quinnemanuel.com*
Vincent M. Pollmeier (Bar No. 210684)
*vincentpollmeier@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter
Defendant BIG BABOON, INC.

*(Additional counsel continued on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., APPLE, INC. et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 09-01198 SVW (SSx)<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMERICAN HONDA MOTOR CO., INC.** |

Craig N. Hentschel (SBN 66178)
*chentschel@dykema.com*
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Jesse J. Jenner (Pro Hac Vice)
*jesse.jenner @ropesgray.com*
Denise L. Loring (Pro Hac Vice)
*denise.loring@ropesgray.com*
Brian P. Biddinger (SBN 224604)
*brian.biddinger@ropesgray.com*
Tal Kedem (Pro Hac Vice)
*tal.kedem@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000

Attorneys for Defendant and Counterclaimant
AMERICAN HONDA MOTOR CO., INC.

| | |
|---|---|
| 1 | Plaintiff Big Baboon, Inc. ("BBC") and Defendant American Honda Motor |
| 2 | Co., Inc. ("AHM"), by and through their counsel of record, do hereby enter into the |
| 3 | following stipulation: |
| 4 | WHEREAS, on or about May 7, 2009, BBC filed its First Amended |
| 5 | Complaint in the action captioned *Big Baboon, Inc. v. Dell, Inc. et al.*, Case No. |
| 6 | CV09-01198 SVW (SSx) (the "Present Action"), which, among other things, added |
| 7 | claims for patent infringement against AHM, alleging infringement of U.S. Patent |
| 8 | 6,115,690 and U.S. Patent 6,343,275 (the "Asserted Patents"); |
| 9 | WHEREAS, on or about July 9, 2009, AHM filed its Amended Answer and |
| 10 | Counterclaims to BBC's First Amended Complaint, which, among other things, |
| 11 | included counterclaims for non-infringement and invalidity of each of the Asserted |
| 12 | Patents; |
| 13 | WHEREAS, BBC and AHM have entered into a confidential Settlement |
| 14 | Agreement, dated July 21, 2010. |
| 15 | NOW, THEREFORE, in reliance on the terms and provisions of the |
| 16 | confidential Settlement Agreement, BBC and AHM hereby stipulate to dismiss this |
| 17 | case as between BBC and AHM without prejudice as follows: |
| 18 | 1. All claims and counterclaims asserted in this action between |
| 19 | BBC and AHM are hereby dismissed without prejudice. |
| 20 | 2. Nothing herein shall be construed as affecting BBC's claims |
| 21 | against any other Defendant in this action. |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

3. The Court shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement.

**RESPECTFULLY SUBMITTED,**

DATED: July 21, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By *(signature)*

Christopher A. Mathews
Attorneys for Plaintiff Big Baboon, Inc.

DATED: July 21, 2010

ROPES & GRAY LLP

By *(signature)*

Jesse J. Jenner
Attorneys for Defendant American Honda
Motor Co., Inc.