UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BIG BABOON, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC. et al., <br><br> Defendants. | CASE NO. 2:09-cv-01198 SVW (SSx) <br><br> **JUDGMENT** <br><br><br> Judge: Hon. Stephen V. Wilson |

In accordance with the In Chambers Order Dismissing Case issued March 29, 2017, Document 417, Plaintiff's case is dismissed WITH PREJUDICE. This ruling does not include any potential causes of action related to Patent 6,343,275 Claim 15, which were not at issue in this case. Defendants' declaratory judgment counterclaims are dismissed as moot. This is a FINAL JUDGMENT.

DATED: April 12, 2017

_____
Hon. Stephen V. Wilson, Judge
U.S. District Court of California